UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SONAM TSERING,

                Petitioner,                Civil No. 25-2834 (JRT/DTS)

v.                               **ORDER**

PAMELA BONDI, KRISTI NOEM, TODD LYONS,
and RYAN SHEA,

                Respondents.

---

Nicholas Ratkowski, **RATKOWSKI LAW PLLC,** 332 Minnesota Street, Suite W1610, Saint Paul, MN 55101, for petitioner.

Erin M Secord, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondents.

Based upon the Federal Defendants' Request for Remand for Petitioner's Release (ECF No. 21) filed by the Federal Respondents, **IT IS ORDERED** that:

1) This matter is remanded to United States Immigration and Customs Enforcement (ICE) for the immediate release of Petitioner Sonam Tsering from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5, and

2) This action is dismissed without prejudice, each party to bear its own costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 19, 2025
at Minneapolis, Minnesota.

                                          _____s/John R. Tunheim_____
                                                         JOHN R. TUNHEIM
                                         United States District Judge