## UNITED STATES DISTRICT COURT
### District of Minnesota

Sonam Tsering

Plaintiff,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, Ryan Shea

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-02834-JRT-DTS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

   1) This matter is remanded to United States Immigration and Customs Enforcement (ICE) for the immediate release of Petitioner Sonam Tsering from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5, and

   2) This action is dismissed without prejudice, each party to bear its own costs and disbursements.

Date: 9/22/2025

KATE M. FOGARTY, CLERK